UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WANDA BUNN,

    Plaintiff,

vs.                                CASE NO. 3:07-cv-243-J-16HTS

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.

## O R D E R

This cause is before the Court on the Motion of Defendant Metropolitan Life Insurance Company to Strike Plaintiff's Demand for Jury Trial (Doc. #5; Motion), filed on April 4, 2007.[1]

Defendant "moves to strike the demand for jury trial made by Plaintiff in her complaint . . . [b]ecause . . . there is no right to a jury trial for her claim." Motion at 1. As Defendant correctly states, the constitutional right to a jury trial does not attach in an Employee Retirement Income Security Act (ERISA) action brought under 29 U.S.C. § 1132(a)(1)(B). *See Hunt v. Hawthorne Assocs., Inc.*, 119 F.3d 888, 907 (11th Cir. 1997) ("[P]articipants suing under section 502(a)(1)(B) [of ERISA (29 U.S.C. §

---

[1] Opposition was filed to the Motion, *see* Plaintiff's Reply to Defendant's Motion to Strike Jury Demand (Doc. #11), but the substantive portion of the document lacked a signature. *Cf.* Rule 11, Federal Rules of Civil Procedure; Rule 1.05(d), Local Rules, United States District Court, Middle District of Florida. Counsel was instructed on April 25, 2007, by the Clerk's Office "to refile to comply with signature requirement[.]" Docket Entry #12 (capitalization omitted).

1132(a)(1)(B))] are not entitled to a jury trial."); *Blake v. Unionmutual Stock Life Ins. Co. of Am.*, 906 F.2d 1525, 1526 (11th Cir. 1990) (per curiam) (no right to jury trial in suit for benefits under 29 U.S.C. § 1132(a)(1)(B)); *Merryman v. Provident Life and Accident Ins. Co.*, No. 8:06-CV-2139-T-30MAP, 2007 WL 778627, at *2 (M.D. Fla. Mar. 12, 2007) ("ERISA does not provide a right to a jury trial in the recovery of ERISA benefits[;]" striking request for jury trial); *see also Broaddus v. Fla. Power Corp.*, 145 F.3d 1283, 1287 n.** (11th Cir. 1998) (approving of district court striking demand for jury trial on ERISA claim).

Accordingly, the Motion (Doc. #5) is **GRANTED** and the demand for jury trial in the Complaint for Damages (Doc. #2) is hereby **STRICKEN**.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of May, 2007.

/s/   Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any